

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| *ALINA HABBA*<br>*United States Attorney* | *Camden Federal Building & U.S. Courthouse*<br>*Post Office Box 2098, 401 Market Street, 4th Floor*<br>*Camden, New Jersey 08101-2098* | *856/757-5026*<br>*Fax: 856/968-4917* |

July 30, 2025

Marcy Plye, Deputy in Charge
United States District Court
401 Cooper Street
Camden, New Jersey 08101

   Re: U.S. v. Ching Yu Guo
     <u>Crim. No. 05-00355 (CPO)</u>

Dear Mrs. Plye:

 Please be advised that the above-mentioned matter has been completed with respect to defendant **CHING YU GUO.**

 Kindly cancel your ORDER Setting Conditions of Release, dated September 06, 2005, in the Surety amount of **$50,000.00**.

       Very truly yours,

       ALINA HABBA
       United States Attorney

       <u>*/s/ **Jason Richardson***</u>
   By: JASON RICHARDSON
       Assistant U.S. Attorney